The PROB 12
(Rev. 2/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. ) Criminal Action No. 1:96CR00015-001(MMS)
)
Vernon G. Crawley, )
)
        Defendant. )

**FILED MAR 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

### Petition on Probation and Supervised Release

COMES NOW Frank Kurzeknabe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Vernon G. Crawley who was placed on supervision by the Honorable Murray M. Schwartz, sitting in the court at Wilmington, Delaware on the 24th day of July 1996, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

Pay $50.00 special assessment.
Defendant shall participate in a drug and/or alcohol aftercare treatment program which may include testing at the direction and discretion of the probation officer.
Defendant shall participate in vocational training at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Above probation officer has reason to believe that Vernon Crawley has violated the terms and conditions of his supervised release under such circumstances that may warrant revocation of his supervised release. These conditions are:

**MANDATORY CONDITION:** "While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance."

**EVIDENCE:** The defendant was arrested by Wilmington Police on September 1, 2006 on the charge of Robbery First Degree - Armed With and Uses or Threatens Use of Deadly Instrument ( a Class B Felony). This offense allegedly occurred on August 18, 2006. On February 28, 2007, the defendant appeared in the Superior Court for New Castle County and entered a guilty plea to the offense (IN06-09-0643). The defendant was sentenced on that date, to a five-year term of imprisonment (first two years of the sentence is a mandatory term of incarceration). The offense, arrest, conviction and sentencing on this charge all occurred during the defendant's present supervised release term.

PRAYING THAT THE COURT WILL ORDER ... that a warrant be issued for Vernon Crawley and that he appear before the Court for a Revocation Hearing to determine if he is in violation of the conditions of his supervised release.

ORDER OF COURT

Considered and ordered this ___19___ day of March, 2007.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Place Wilmington, Delaware

Date March 15, 2007