IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 96-15- MMS |
| | ) |
| VERNON CRAWLEY, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION PENDING REVOCATION HEARING**

**NOW COMES** the United States and moves for the detention of the defendant pending a hearing on a petition charging a violation of supervised release, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6).

COLM F. CONNOLLY<br>
United States Attorney<br><br>
BY: _____<br>
Edmond Falgowski<br>
Assistant United States Attorney

Dated: 4-26-07