AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

VERNON G. CRAWLEY

**WARRANT FOR ARREST**

Case Number:  CR 96-15-1-JJF

To: The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VERNON G. CRAWLEY
                                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

FILED

AUG - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO _____
Name of Issuing Officer

CLERK OF COURT _____
Title of Issuing Officer

BY: _____ : DEPUTY CLERK
Signature of Issuing Officer

MARCH 20, 2007  at  WILMINGTON, DE
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

844 King St. Wilm DE

| DATE RECEIVED 3-20-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-26-07 | William David  DUSM | William Shaw |